# Court of Appeals
# of the State of Georgia

ATLANTA,  February 10, 2016

*The Court of Appeals hereby passes the following order:*

**A15A2127.  CAMP v. WALKER.**

After reviewing the entire record in this case, we find that the evidence supports the trial court's award of attorney fees to Bradley Glenn Walker pursuant to OCGA § 9-15-14 (b).  Accordingly, this appeal is hereby dismissed as having been improvidently granted.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/10/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] See *Williams v. McCarthy*, 329 Ga. App. 85, 86 (763 SE2d 748) (2014) (dismissing appeal granted pursuant to discretionary appeal procedures where complete appellate record demonstrated no error in trial court's decision).